UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT SHAFFAR, et al., <br>            Plaintiffs, <br>    v. <br> FORD MOTOR COMPANY, et al., <br>            Defendants. | Case No.: C 11-00337 PSG <br><br> **ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE** <br><br> **(Docket No. 17)** |

    On April 19, 2011, counsel for Plaintiffs filed a request to appear telephonically at the case management conference set for April 26, 2011. Based on the request and the file herein,

    IT IS HEREBY ORDERED that the request is GRANTED. Plaintiffs and Defendants may appear by telephone. Any party wishing to appear by telephone shall make arrangements by contacting Oscar Rivera, courtroom deputy to the undersigned.

Dated: April 22, 2011

                                                      PAUL S. GREWAL <br>
                                                      United States Magistrate Judge