THE BICKEL LAW FIRM, INC.
Brian J. Bickel, State Bar No. 205646
Brian K. Cline, State Bar No. 246747
Larry W. Chae, State Bar No. 268979
larrychae@bickellawfirm.com
750 B Street, Suite 1950
San Diego, California 92101
Telephone: (619) 374-4100
Facsimile: (619) 231-9040

Attorneys for Plaintiffs ROBERT SHAFFAR
and SUSAN SHAFFAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SHAFFAR and SUSAN SHAFFAR,<br><br>             Plaintiffs,<br><br>       vs.<br><br>FORD MOTOR COMPANY, and DOE 1 through DOE 10 inclusive,<br><br>             Defendants, | Case No. CV11-00337 PSG<br><br>[Action Commenced: January 20, 2011]<br><br>[~~PROPOSED~~] ORDER DISMISSING THE ACTION<br><br>Hon. Paul S. Grewal |

GOOD CAUSE APPEARING and pursuant to the parties' stipulation, it is hereby ORDERED that the instant action be DISMISSED WITH PREJUDICE.

Date: September 44, 2011  _____
                          Honorable Paul S. Grewal